Case 3:06-cv-00238-G   Document 7   Filed 03/22/06   Page 1 of 1   PageID 24

ORIGINAL

```
U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
       FILED
    MAR 2 2 2006
CLERK, U.S. DISTRICT COURT
By _____
          Deputy
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| LESTER JON RUSTON | ) |
| | ) |
| V. | )    3-06-CV-238-B |
| | ) |
| UNITED STATES SECRET SERVICE | ) |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

United States Magistrate Judge William F. Sanderson, Jr., made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court accepts the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

SO ORDERED this 22nd day of March 2006.

JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

